# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEAGUE OF WILDERNESS DEFENDERS / BLUE MOUNTAINS BIODIVERSITY PROJECT<br><br>Plaintiff,<br><br>v.<br><br>SLATER R. TURNER, *et al.*,<br><br>Defendants. | Case No. 2:16-CV-01648-MO<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS |

Plaintiff's Motion to Dismiss their claims in this action pursuant to pursuant Federal Rule of Civil Procedure 41(a)(2) [ECF No. 34] is hereby GRANTED, and all claims in Plaintiff's August 15, 2016 Complaint [ECF No.1], and any and all causes of action contained therein, are dismissed without prejudice.

Plaintiff reserves the right to request attorneys' fees and costs for this litigation. Federal Defendants reserve the right to object to Plaintiff's request for attorneys' fees and costs.

IT IS SO ORDERED.

DATED this  19   day of June, 2017.

/s/ Michael W. Mosman
Michael W. Mosman
Chief United States District Judge