IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**LEAGUE OF WILDERNESS DEFENDERS/
BLUE MOUNTAINS BIODIVERSITY PROJECT,**

    Plaintiff,

  v.

**UNITED STATES FOREST
SERVICE et al.,**

    Defendants.

No. 2:16-cv-01648-MO

ORDER OF DISMISSAL

**MOSMAN, J.**,

    Based upon my Order [36], IT IS ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED this __6th__ day of July, 2017.

                                         /s/ Michael W. Mosman_____
                                         MICHAEL W. MOSMAN
                                         Chief United States District Judge

1 – ORDER OF DISMISSAL