League of Wilderness Defenders/Blue Mountains Biodiversity Project, et al. v. Slater R. Turner, et al.

Case No. 2:16-CV-01648-MO

Costs Requested by Attorney for Plaintiffs related to Final Judgment:

1. District Court filing fee                                   $400.00
2. Preliminary Injunction Hearing transcript fee        $166.07

Total:                                                           $566.07

EXHIBIT 1 to Buss Declaration
Page 1 of 1