

Jesse Buss <jessebuss@gmail.com>

## Pay.gov Payment Confirmation: ORD CM ECF
1 message

**paygovadmin@mail.doc.twai.gov** <paygovadmin@mail.doc.twai.gov>     Mon, Aug 15, 2016 at 10:27 AM
To: "jessebuss@gmail.com" <jessebuss@gmail.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Renee Martinez at (503) 326-8173.

Application Name: ORD CM ECF
Pay.gov Tracking ID: 25TB29Q9
Agency Tracking ID: 0979-4716973
Transaction Type: Sale
Transaction Date: Aug 15, 2016 1:27:31 PM

Account Holder Name: JESSE A BUSS
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************6159

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.