# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEAGUE OF WILDERNESS DEFENDERS / BLUE MOUNTAINS BIODIVERSITY PROJECT<br><br>Plaintiff,<br><br>v.<br><br>SLATER R. TURNER, *et al.*,<br><br>Defendants. | Case No. 2:16-CV-01648-MO<br><br>STIPULATION RELATED TO PLAINTIFF'S CLAIM FOR SUPPLEMENTAL ATTORNEYS' FEES |

WHEREAS, the Court entered an Opinion and Order on Plaintiff's claim for attorneys' fees, costs, and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), ECF No. 84;

WHEREAS, Defendants moved for relief of the Court's order under Rule 60, ECF No. 85;

WHEREAS, the Court denied Defendants' motion in a minute order (ECF No. 88) and entered an Amended Opinion and Order on Plaintiff's claim for attorneys' fees, costs, and expenses under EAJA, ECF No. 89;

WHEREAS Plaintiff claims an award for supplemental attorney fees under EAJA for responding to Defendants' Rule 60 motion, ECF No. 90;

WHEREAS the Parties conferred via email in July 2018 and met and conferred via telephone on August 1, 2018;

WHEREAS, the Parties, absent an appeal of the Court's rulings, agree that the Court's prior determinations on hours and rates would also apply to briefing of the Rule 60 motion;

WHEREAS, the Parties have reached a stipulation as to hours and rates that are allowable

for Plaintiff's claim for supplemental attorney fees;

WHEREAS, the Parties desire to stipulate to the amount of Plaintiff's award of supplemental attorneys' fees;

WHEREAS, the Parties acknowledge that if there is an appeal of the Court's rulings, and depending on what the final decision is on appeal, the Parties may need to revisit this Stipulation so that the hours and rates are consistent with that final decision.

NOW THEREFORE the Parties hereby stipulate and agree to the following:

1. The Parties stipulate to the hours and rates that are allowable under the Court's prior rulings as to each attorney or law clerk, as contained in the following table, and have calculated the amount of Plaintiff's stipulated award of supplemental attorney's fees, absent an appeal of the Court's rulings, by applying these previously determined rates to the stipulated hours.

| Individual | Stipulated Hours | Stipulated Rate | Stipulated Amount |
|---|---|---|---|
| Buss | 38.1 | $200.78 | $7,649.71 |
| Buchele | 16.0 | $475.00 | $7,600.00 |
| Roberts | 22.8 | $140.00 | $3,192.00 |
| Total | 76.9 | | $18,441.71 |

2. This Stipulation on hours, rates, and total supplemental attorneys' fees is not intended to limit any Party's ability to challenge on appeal these hours, rates, and total supplemental attorneys' fees to which Plaintiff would otherwise be entitled.

A proposed order is attached hereto and will be emailed to chambers.

Respectfully submitted on this 8th day of August 2018.

| | |
|---|---|
| *For Plaintiff* | */s/*_____<br>Jesse A. Buss, OSB # 122919<br>411 Fifth Street<br>Oregon City, OR 97045-2224<br>Phone: (503) 656-4884<br>Fax: (503) 608-4100<br>jessebuss@gmail.com<br><br>Tom Buchele<br>Earthrise Law Center<br>Lewis & Clark Law School<br>10015 SW Terwilliger Blvd.<br>Portland, OR 97219-7799<br>Phone: (503) 768-6643<br>Fax: (503) 768-6642<br>tbuchele@lclark.edu |
| *For Defendants* | BILLY J. WILLIAMS<br>United States Attorney<br>District of Oregon<br><br>JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division<br><br>*/s/*_____<br>JOHN P. TUSTIN<br>Trial Attorney<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Phone: (202) 305-3022<br>Fax: (202) 305-0506<br>john.tustin@usdoj.gov |