# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PENDLETON DIVISION

| | |
|---|---|
| LEAGUE OF WILDERNESS DEFENDERS / BLUE MOUNTAINS BIODIVERSITY PROJECT,  Plaintiff,  v.  SLATER R. TURNER, *et al.*,  Defendants. | Case No. 2:16-CV-01648-MO  [PROPOSED] ORDER ADOPTING STIPULATION RELATED TO PLAINTIFF'S CLAIM FOR SUPPLEMENTAL ATTORNEYS' FEES and AWARD OF SUPPLEMENTAL ATTORNEYS' FEES |

The Court has reviewed the Parties' Stipulation Related to Plaintiff's Claim for Supplemental Attorneys' Fees. The Stipulation is hereby ADOPTED, and per that Stipulation Plaintiff is awarded supplemental attorney fees in the amount of $18,441.71, subject to the terms and conditions in the Stipulation.

IT IS SO ORDERED.

DATED _____.

_____
Hon. Michael W. Mosman
Chief Judge
United States District Court